UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:18-CR-00060

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | (UNDER SEAL) |
| PHIL CAPRICE HOWARD | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

During the calendar year 2011, PHIL CAPRRICE HOWARD, defendant herein, a resident of Pink Hill, North Carolina, had and received gross income of at least $3,700. By reason of such gross income, PHIL CAPRICE HOWARD was required by law, following the close of the calendar year 2011 and on or before October 15, 2012, to make an income tax return to the Internal Revenue Service to any proper officer of the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing the foregoing, PHIL CAPRICE HOWARD did willfully fail to timely make

an income tax return, in violation of Title 26, United States Code, Section 7203.

ROBERT J. HIGDON, JR.
United States Attorney

BY: *(signature)*
BANUMATHI RANGARAJAN
Assistant United States Attorney
Criminal Division