UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:18-CR-00060-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | **[DOCKET ENTRY NUMBER 101]** |
| PHIL CAPRICE HOWARD, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 101 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, the _7_ day of _May_____, 2021.

_____
JAMES C. DEVER III
United States District Judge