IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CR-60-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| PHIL CAPRICE HOWARD, | ) |
| | ) |
| Defendant. | ) |

On July 2, 2021, defendant moved to extend the date to self-surrender to the Bureau of Prisons for an additional 30 days in order to allow him to harvest one crop and plant another. See [D.E. 114]. The United States opposes the motion. See id.

Defendant has failed to demonstrate good cause to extend the date to self-surrender. He has had sufficient time to get his affairs in order, including affairs concerning his family farm. Defendant's motion [D.E. 114] is DENIED.

SO ORDERED. This _2_ day of July 2021.

JAMES C. DEVER III
United States District Judge