IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CR-60-D
No. 4:21-CV-147-D

| | |
|---|---|
| PHIL CAPRICE HOWARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On August 11, 2022, the court dismissed Phil Caprice Howard ("Howard" or "petitioner") motion to vacate his 78-month sentence [D.E. 130]. On August 3, 2022, Howard moved to expand the record [D.E. 127], and moved for bond [D.E. 128]. On August 23, 2022, Howard moved for reconsideration of this court's order of August 11, 2022. See [D.E. 131]. On September 19, 2022, Howard moved for clarification [D.E. 133].

The court DENIES as meritless Howard's motion to expand the record. See [D.E. 130] 2–7. The court DENIES as meritless Howard's motion for bond. See 18 U.S.C. § 3143(b). The court DENIES as meritless Howard's motion for reconsideration [D.E. 131] and motion for clarification [D.E. 133].

SO ORDERED. This 12 day of October, 2022.

JAMES C. DEVER III
United States District Judge